Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Chris S. Milligan (Bar No. 211532)
cmilligan@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GENENTECH, INC., and GENENTECH, INC. LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CODARRE,<br><br>    Plaintiff,<br><br>vs.<br><br>GENENTECH, INC., GENENTECH USA, INC., GENENTECH, INC. LONG TERM DISABILITY PLAN; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 20,<br><br>    Defendants. | Case No. CV-11- 5355 JSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

**WHEREAS**, on November 18, 2011, Plaintiff served the Summons and First Amended Complaint ("FAC") on Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GENENTECH, INC., and GENENTECH, INC. LONG TERM DISABILITY PLAN ("Defendants").

**WHEREAS**, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, ("FRCP"), the earliest date upon which Defendants must file and serve their respective responsive pleading to the FAC is December 8, 2011;

WHEREAS, for good cause and pursuant to Local Rule 6-1, the Parties wish to extend the time within which a responsive pleading to the FAC must be filed and served by fifteen (15) days to December 23, 2011;

**IT IS HEREBY STIPULATED** that the time within which for Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GENENTECH, INC., and GENENTECH, INC. LONG TERM DISABILITY PLAN to file a responsive pleading to Plaintiff's FAC is extended to December 23, 2011.

Dated: December 6, 2011

KLETTER LAW FIRM
CARY KLETTER

By: /s/ Cary Kletter
Cary Kletter
Attorney for Plaintiff
WILLIAM CODARRE

Dated: December 6, 2011

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
CHRIS S. MILLIGAN

By: /s/ Chris S. Milligan
Chris S. Milligan
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GENENTECH, INC., and GENENTECH, INC. LONG TERM DISABILITY PLAN

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12/07/2011

IT IS SO ORDERED

Judge Thelton E. Henderson

---

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

122659.1

2

Case No. CV-11-5355 JSC
STIPULATION TO EXTEND TIME TO RESPOND