Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Chris S. Milligan (Bar No. 211532)
cmilligan@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA, GENENTECH, INC.,
GENENTECH USA, INC., and GENENTECH,
INC. LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CODARRE,

    Plaintiff,

vs.

GENENTECH, INC., GENENTECH USA, INC., GENENTECH, INC. LONG TERM DISABILITY PLAN; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 20,

    Defendants.

Case No. CV-11- 5355 ~~JSC~~ TEH

**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

As modified by the Court

///

///

///

1

Case No. CV-11- 5355 JSC
STIPULATION TO EXTEND TIME TO
RESPOND TO 2ND AMENDED COMPLAINT

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

122659.1

1  WHEREAS, on November 4, 2011, Plaintiff filed the initial Complaint in this
2  matter.

3  WHEREAS, on November 18, 2011, Plaintiff filed and served the Summons
4  and First Amended Complaint ("FAC") on Defendants THE PRUDENTIAL
5  INSURANCE COMPANY OF AMERICA, GENENTECH, INC., and
6  GENENTECH, INC. LONG TERM DISABILITY PLAN ("Defendants").

7  WHEREAS, on December 21, 2011, Defendants filed and served a Motion to
8  Dismiss and/or Strike Portions of the FAC (the "Motion"), with a hearing date set for
9  January 30, 2012. The Motion was based, in part, upon the preemption of Plaintiff's
10 state law claims by the Employee Retirement Income Security Act of 1974, 29
11 U.S.C. § 1001, *et seq*. ("ERISA")

12 WHEREAS, on January 6, 2012, Plaintiffs filed a Second Amended
13 Complaint ("SAC").

14 WHEREAS, following the filing of the SAC, the Parties engaged in a meet
15 and confer regarding the pending Motion and the newly filed SAC.

16 WHEREAS, Plaintiff now agrees that he is only seeking claims for relief and
17 remedies available under ERISA.

18 WHEREAS, as a result of this Agreement, Defendants will withdraw the
19 Motion and will so advise the Court.

20 WHEREAS, the Parties have agreed to conduct a mediation with mediator
21 Michael Loeb on February 15, 2012, or the first date available thereafter.

22 WHEREAS, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure,
23 ("FRCP"), the earliest date upon which Defendants must currently file and serve
24 their respective responsive pleading to the SAC is January 20, 2012.

25 WHEREAS, based upon the upcoming mediation, the Parties stipulate to
26 extend the time for Defendants GENENTECH, INC., GENENTECH, USA, INC.
27 and GENENTECH, INC. LONG TERM DISABILITY PLAN to file and serve a
28 response to the SAC until a date following the February 15, 2012 mediation.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

122659.1

2

Case No. CV-11-5355 JSC
STIPULATION TO EXTEND TIME TO
RESPOND TO 2ND AMENDED COMPLAINT

**WHEREAS,** for good cause and pursuant to Local Rule 6-1, the Parties wish to extend the time within which a responsive pleading to the SAC must be filed and served by Defendants GENENTECH, INC., GENENTECH USA, INC. and GENENTECH, INC. LONG TERM DISABILITY PLAN by approximately thirty (30) days up through and including February 20, 2012.

**IT IS HEREBY STIPULATED** that the time within which Defendants GENENTECH, INC., GENENTECH USA, INC. and GENENTECH, INC. LONG TERM DISABILITY PLAN shall file a responsive pleading to Plaintiff's SAC is extended up through and including February 20, 2012.

Dated: January 10, 2012

KLETTER LAW FIRM
CARY KLETTER

By: _____
Cary Kletter
Attorneys for Plaintiff
WILLIAM CODARRE

Dated: January 11, 2012

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
CHRIS S. MILLIGAN

By: _____
Chris S. Milligan
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GENENTECH, INC., and GENENTECH, INC. LONG TERM DISABILITY PLAN

Pursuant to stipulation, IT IS SO ORDERED. IT IS FURTHER ORDERED that Defendants' motion to dismiss, currently scheduled for hearing on January 30, 2012, is VACATED.

Dated: 01/12/2012

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

122659.1

3

Case No. CV-11-5355 JSC
STIPULATION TO EXTEND TIME TO RESPOND TO 2ND AMENDED COMPLAINT