1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Chris S. Milligan (Bar No. 211532)
   cmilligan@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendants
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA, GENENTECH, INC.,
   GENENTECH USA, INC., and GENENTECH,
8  INC. LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CODARRE, | Case No. CV-11- 5355 ~~JSC~~ TEH |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| vs. | |
| GENENTECH, INC., GENENTECH USA, INC., GENENTECH, INC. LONG TERM DISABILITY PLAN; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, | As modified by the Court |
| Defendants. | |

/ / /

/ / /

/ / /

1     **WHEREAS**, on November 4, 2011, Plaintiff filed the initial Complaint in this matter.

3     **WHEREAS**, on November 18, 2011, Plaintiff filed and served the Summons and First Amended Complaint ("FAC") on Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GENENTECH, INC., and GENENTECH, INC. LONG TERM DISABILITY PLAN ("Defendants").

7     **WHEREAS**, on December 21, 2011, Defendants filed and served a Motion to Dismiss and/or Strike Portions of the FAC (the "Motion"), with a hearing date set for January 30, 2012. The Motion was based, in part, upon the preemption of Plaintiff's state law claims by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA")

12     **WHEREAS**, on January 6, 2012, Plaintiffs filed a Second Amended Complaint ("SAC").

14     **WHEREAS**, following the filing of the SAC, the Parties engaged in a meet and confer regarding the pending Motion and the newly filed SAC.

16     **WHEREAS**, Plaintiff now agrees that he is only seeking claims for relief and remedies available under ERISA.

18     **WHEREAS**, as a result of this Agreement, Defendants will withdraw the Motion and will so advise the Court.

20     **WHEREAS**, the Parties have agreed to conduct a mediation with mediator Michael Loeb on February 15, 2012, or the first date available thereafter.

22     **WHEREAS**, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, ("FRCP"), the earliest date upon which Defendants must currently file and serve their respective responsive pleading to the SAC is January 20, 2012.

25     **WHEREAS**, based upon the upcoming mediation, the Parties stipulate to extend the time for Defendants GENENTECH, INC., GENENTECH, USA, INC. and GENENTECH, INC. LONG TERM DISABILITY PLAN to file and serve a response to the SAC until a date following the February 15, 2012 mediation.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

122659.1

2

Case No. CV-11- 5355 JSC
STIPULATION TO EXTEND TIME TO
RESPOND TO 2ND AMENDED COMPLAINT

1  **WHEREAS,** for good cause and pursuant to Local Rule 6-1, the Parties wish
2  to extend the time within which a responsive pleading to the SAC must be filed and
3  served by Defendants GENENTECH, INC., GENENTECH USA, INC. and
4  GENENTECH, INC. LONG TERM DISABILITY PLAN by approximately thirty
5  (30) days up through and including February 20, 2012.

6  **IT IS HEREBY STIPULATED** that the time within which Defendants
7  GENENTECH, INC., GENENTECH USA, INC. and GENENTECH, INC. LONG
8  TERM DISABILITY PLAN shall file a responsive pleading to Plaintiff's SAC is
9  extended up through and including February 20, 2012.

10 Dated: January 10, 2012                KLETTER LAW FIRM
                                          CARY KLETTER

                                          By: _____
                                          Cary Kletter
                                          Attorneys for Plaintiff
                                          WILLIAM CODARRE

15 Dated: January 11, 2012                MESERVE, MUMPER & HUGHES LLP
                                          LINDA M. LAWSON
                                          CHRIS S. MILLIGAN

                                          By: _____
                                          Chris S. Milligan
                                          Attorneys for Defendant
                                          THE PRUDENTIAL INSURANCE
                                          COMPANY OF AMERICA,
                                          GENENTECH, INC., and
                                          GENENTECH, INC. LONG TERM
                                          DISABILITY PLAN

Pursuant to stipulation, IT IS SO ORDERED. IT IS FURTHER ORDERED that Defendants' motion to dismiss, currently scheduled for hearing on January 30, 2012, is VACATED.

Dated: 01/12/2012                         _____
                                          THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

122659.1

3

Case No. CV-11-5355 JSC
STIPULATION TO EXTEND TIME TO
RESPOND TO 2ND AMENDED COMPLAINT