UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CODARRE, <br><br> Plaintiff, <br><br> vs. <br><br> GENENTECH, INC., GENENTECH USA, INC., GENENTECH, INC. LONG TERM DISABILITY PLAN; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, <br><br> Defendants. | Case No. CV-11- 5355 TEH <br><br> [~~PROPOSED~~] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> IT IS SO ORDERED AS MODIFIED |

The Court, having reviewed the "Stipulation to Extend Time to Respond to Second Amended Complaint and to Continue Case Management Conference" (the "Stipulation") between Plaintiff WILLIAM CODARRE ("Plaintiff") and Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GENENTECH, INC., GENENTECH USA, INC., and GENENTECH, INC. LONG TERM DISABILITY PLAN ("Defendant"), finds that good cause exists to enter an order approving said Stipulation.

Accordingly,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1     The time within which Defendants GENENTECH, INC., GENENTECH USA,
2 INC., and GENENTECH, INC. LONG TERM DISABILITY PLAN shall file a
3 responsive pleading to Plaintiff's Second Amended Complaint is hereby extended up
4 through and including March 26, 2012.

5     The Case Management Conference currently set for March 5, 2012, at
6 1:30 PM, shall be continued to April 2, 2011, at 1:30 PM. The parties shall file a
7 joint case management conference statement on or before March 26, 2012.

9 **IT IS SO ORDERED.**

11 Dated: 02/16/2012

Hon. _____
United States _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Thelton E. Henderson*