1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
3  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
4  Facsimile: (213) 625-1930

5  Attorneys for Defendants
   THE PRUDENTIAL INSURANCE COMPANY
6  OF AMERICA, GENENTECH, INC.,
   GENENTECH USA, INC., and GENENTECH,
7  INC. LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CODARRE, | Case No. CV-11-5355 TEH |
| Plaintiff, | [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| GENENTECH, INC., GENENTECH USA, INC., GENENTECH, INC. LONG TERM DISABILITY PLAN; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, | [FRCP 41(a)] |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown, **IT IS HEREBY ORDERED** that this action, Case No. CV-11-5355 TEH, is dismissed in its entirety as to all defendants, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated: _____04/23_____, 2012

_____
Judge Thelton E. Henderson
United States District Court
Northern District of California

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

125186.1

1
Case No. CV-11-5355 TEH
[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE